U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 MAY -7 PM 12: 16

CLERK

BY ______
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. |
| | ) | 2:26-cr-42-1 |
| YASSER RIVERA-REYES, | ) | |
| Defendant. | ) | |

**INDICTMENT**

The Grand Jury charges:

COUNT ONE

On or about April 24, 2026, in the District of Vermont, the defendant, YASSER RIVERA-REYES, an alien, was found in the United States after having departed the United States while an order of removal was outstanding and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

(8 U.S.C. § 1326(a))

A TRUE BILL

[redacted]

JONATHAN A. OPHARDT
First Assistant United States Attorney

/s/ CRAIG S. NOLAN
Special Assistant United States Attorney
Burlington, Vermont
May 7, 2026